UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-cv-25099-GAYLES

**OSMAN OMAR TORRES HUETE**

    **Petitioner**,

v.

**PAM BONDI**, in his official capacity as the Attorney General of the United States, **GARRETT J. RIPA**, in his official capacity as Director of Miami Field Office, U.S. Immigration and Customs Enforcement; **TODD LYONS,** in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; **KRISTI NOEM,** in her official capacity as Secretary of the U.S. Department of Homeland Security;

    **Respondents.**
_____/

**ORDER**

**THIS CAUSE** comes before the Court upon review of the Petitioner's Motion for Order to Show Cause. [ECF No. 6]. The Court has considered the motion, the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion is granted. The Clerk is directed to serve the Petitioner's Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief [ECF No. 1] and Appendix [ECF No. 1-2], along with a copy of this Order, upon the Civil Division of the United States Attorney's Office for the Southern District of Florida.

Following service, the Respondents shall "make a return certifying the true cause of the [Petitioner's] detention," 28 U.S.C. § 2243, **within 14 days** of the Court's Order. Petitioner may, but is not required to, file a traverse **within 7 days** from the date of Respondents' response.

Furthermore, to preserve the status quo and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 605 U.S. 91, 95 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of November, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record